**Opinion issued June 28, 2012**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-12-00498-CR

_____

## IN RE DARYL CAMPBELL, Relator

**On Appeal from the 180th District Court**
**Harris County, Texas**
**Trial Court Case No. 12632101010**

## MEMORANDUM OPINION

Relator, Daryl Campbell, has filed a pro se petition for writ of mandamus, contending that the trial court has abused its discretion in not ruling upon his Motion to Enter Judgment and Sentence Nunc Pro Tunc. Campbell asserts that he filed this motion in the trial court on March 15, 2012.

Campbell's petition reflects that the motion about which he complains was filed for the purpose of obtaining relief from his final felony conviction for robbery. The exclusive post-conviction remedy from final felony convictions is a writ of habeas corpus. *See* TEX. CODE CRIM. PROC. ANN. art. 11.07 (Vernon 2005). Only the Texas Court of Criminal Appeals has jurisdiction in final post-conviction habeas corpus proceedings. *See id.*; *Bd. of Pardons & Paroles ex rel. Keene v. Court of Appeals for the Eighth Dist.*, 910 S.W.2d 481, 483 (Tex. Crim. App. 1995); *In re McAfee*, 53 S.W.3d 715, 717–18 (Tex. App.—Houston [1st Dist.] 2001, orig. proceeding). Thus, this Court is without authority to grant the relief Washington seeks. *See Bd. of Pardons & Paroles ex rel. Keene*, 910 S.W.2d at 483; *In re McAfee*, 53 S.W.3d at 717–18; *In re Murphy*, No. 01–11–00120–CR, 2011 WL 1326032, at *1 (Tex. App.—Houston [1 Dist.] Apr. 7, 2011, orig. proceeding) (mem. op.).

We dismiss the petition for writ of mandamus for lack of jurisdiction.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Jennings and Keyes.

Do not publish. TEX. R. APP. P. 47.2(b).

2